JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Messrs. A. Walton Nall* and *George F. Callaghan* for petitioners in No. 861. *Mr. John M. Slaton* for petitioners in No. 871. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll,* and *William J. Connor* for the United States. Reported below: 101 F. 2d 628.

Nos. 821 and 822. AMERICAN EMPLOYERS' INSURANCE Co. *v.* MONTGOMERY; and

No. 823. UNITED STATES CASUALTY Co. *v.* SAME. May 15, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. R. Randolph Hicks* for petitioners. *Messrs. Robert H. Richards, Aaron Finger,* and *Thomas J. Crawford* for respondent. Reported below: 101 F. 2d 1005.

No. 812. UNITED STATES EX REL. FORADIS *v.* REIMER, COMMISSIONER OF IMMIGRATION. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 816. ROSENBAUM GRAIN CORP. ET AL. *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Delbert A. Clithero* for petitioners. *Solicitor General Jackson* and *Mr. John R. Benney* for the United States.